DAVIS & GILBERT LLP
James Levine (514016)
1740 Broadway
New York, New York 10019
(212) 468-4800
(212) 468-4888 (fax)
jlevine@dglaw.com
Attorney for Defendant
Coffeemania Bryant Park, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COFFEE MANIA, LLC., <br><br> Plaintiff, <br><br> v. <br><br> COFFEEMANIA BRYANT PARK, LLC f/k/a COFFEEMANIA CHELSEA, LLC, <br><br> Defendants. | Case No. 5:15-CV-823 (FJS/DEP) <br><br> **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Coffeemania Bryant Park, LLC states that it is a New York Limited Liability Company and that Coffeemania North America, Inc., a Delaware corporation, is the sole member of the LLC. Coffeemania North America, Inc. is 100% owned by Verudela Limited, a foreign corporation. There is no publicly held corporation owning 10% or more of Defendant's stock.

-2-

Dated: July 7, 2015
      New York

      **DAVIS & GILBERT LLP**

      By: _/s/ James Levine_
      James Levine (514016)
      1740 Broadway
      New York, NY 10019
      (212) 468-4800
      (212) 468-4888 (fax)
      jlevine@dglaw.com
      *Attorney for Defendant Coffeemania Bryant Park, LLC*