**EXHIBIT D**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

COFFEE MANIA, LLC,

v.

                Plaintiff,

                                          Index No.: 5:15-cv-00823-FJS-DEP

COFFEEMANIA BRYANT PARK, LLC.

                Defendants.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, Coffee Mania, LLC and Coffeemania Bryant Park, LLC, by and through their undersigned attorneys, hereby dismiss this action with prejudice as to all claims and counterclaims pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs and attorneys fees.

                                                    Respectfully submitted,

Dated: October 30, 2017      By: _____
                                            Robert E. Purcell, Bar Roll No. 510,595
                                            THE LAW OFFICE OF ROBERT E. PURCELL, PLLC
                                            211 West Jefferson Street, Suite 24
                                            Syracuse, New York 13202
                                            Telephone: (315) 671-0710
                                            Facsimile: (315) 671-0711

                                            Attorneys for the Plaintiff, *Coffee Mania, LLC*

Dated: October 31, 2017      By: _____
Justin Bagdady, (admitted *pro hac vice*)
BODMAN PLC
201 S. Division Street, Suite 400
Ann Arbor, MI 48104
(734) 930-2727
jbagdady@bodmanlaw.com

DAVIS & GILBERT LLP
James Levine (514016)
jlevine@dglaw.com
1740 Broadway
New York, New York 10019
(212) 468-4800
(212) 468-4888 (fax)

Attorneys for the Defendant, *Coffeemania Bryant Park, LLC*